# Third District Court of Appeal

## State of Florida

Opinion filed October 23, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0052
Lower Tribunal No. 23-25061

_____

**Samuel Lee Smith, Jr.,**
Appellant,

vs.

**Michael Valdez,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Javier Enriquez, Judge.

Samuel Lee Smith, Jr., in proper person.

No appearance for appellee.

Before LOGUE, C.J., and EMAS and LINDSEY, JJ.

PER CURIAM.

Affirmed. See Pickett v. Copeland, 236 So. 3d 1142 (Fla. 1st DCA 2018).